MICHELE BECKWITH
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>APPROXIMATELY $349,940.00 IN U.S.<br>CURRENCY,<br><br>             Defendant. | VERIFIED COMPLAINT FOR<br>FORFEITURE *IN REM* |

The United States of America, by and through its undersigned attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

**NATURE OF ACTION**

1.     This is a civil action *in rem* to forfeit to the United States Approximately $349,940.00 in U.S. Currency involved in violations of federal drug laws.

2.     The defendant currency was seized from Alfredo Lopez Nevarez ("Nevarez") on August 22, 2024, during the execution of a search warrant at Nevarez's residence in Bakersfield, California.  The defendant currency is in the custody of the U.S. Marshals Service, Eastern District of California.

**JURISDICTION AND VENUE**

3.     This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action

1

under 21 U.S.C. § 881.

4. This district is a proper venue pursuant to 28 U.S.C. § 1355 because the acts giving rise to this *in rem* forfeiture action occurred in this district, and pursuant to 28 U.S.C. § 1395(a) because the defendant currency was seized in this district.

### FACTUAL ALLEGATIONS

5. In 2024, law enforcement started an investigation into Nevarez and several associates for drug trafficking in the greater Bakersfield area. On August 22, 2024, law enforcement executed a search warrant at Nevarez's home on Enger Street in Bakersfield, California.

6. Law enforcement searched the Enger Street residence and encountered Nevarez and several associates. During the search, law enforcement located a hidden room housing an active methamphetamine conversion laboratory. Law enforcement observed a chemical odor, and a five-gallon acetone bucket affixed to an AC Infinity branded device with tubes running out of the top of the device. Inside the hidden room, law enforcement located two five-gallon buckets of methamphetamine in various stages of conversion. An additional 1.43 pounds of methamphetamine was found in the hidden room. Under a table next to a bed, law enforcement located 9.58 pounds of an unidentified white powder. Law enforcement also found a heat sealer, several rolls of heat sealant, digital scales, packaging material, a large metal press with white residue on the framing, and several metal press plates depicting different stamps.

7. In the dining room, law enforcement observed piled trash consisting of packaging material along with three bottles of Mannitol – a known cutting agent used to manufacture methamphetamine.

8. Law enforcement searched Nevarez's bedroom and located a loaded Beretta PX4 handgun in his nightstand. Law enforcement also found a large black safe containing dozens of rubber-banded stacks of cash. A later bank count of the cash seized from the black safe totaled approximately $349,940.00—the defendant currency. The defendant currency was made up of the following denominations:  1, 926 $100 bills, 467 $50 bills, 6,460 $20 bills, 465 $10 bills, and 28 $5 bills.

9. Nevarez has been charged in Kern County Superior Court with drug crimes. The case *People v. Alfredo Nevarez*, case number BF200904A, is pending.

Verified Complaint for Forfeiture *In Rem*

## FIRST CLAIM FOR RELIEF
### 21 U.S.C. § 881(a)(6)

10.    Paragraphs one to nine are incorporated by reference as though fully set forth herein.

11.    The defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) because it was money furnished and intended to be furnished in exchange for a controlled substance or listed chemical, constituted proceeds traceable to such an exchange, and was used and intended to be used to commit or facilitate a violation of 21 U.S.C. §§ 841 *et seq.*, an offense punishable by more than one year's imprisonment.

## PRAYER FOR RELIEF

WHEREFORE, the United States prays that:

1.    Process issue according to the procedures of this Court in cases of actions *in rem;*

2.    Any person having an interest in said defendant currency be given notice to file a claim and to answer the complaint;

3.    The Court enter a judgment of forfeiture of the defendant currency to the United States; and

4.    The Court grant such other relief as may be proper.

Dated: April 28, 2025                           MICHELE BECKWITH
                                               Acting United States Attorney


                                    By:    /s/ Kevin C. Khasigian
                                           KEVIN C. KHASIGIAN
                                           Assistant U.S. Attorney

3

Verified Complaint for Forfeiture *In Rem*

**<u>VERIFICATION</u>**

I, Anthony G. Mitchell, hereby verify and declare under penalty of perjury that I am a Special Agent with the Drug Enforcement Administration, that I have read the foregoing Verified Complaint for Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to the best of my knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent with the Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.


Dated:  April 25, 2025                              /s/ Anthony G. Mitchell
                                                    ANTHONY G. MITCHELL
                                                    Special Agent
                                                    Drug Enforcement Administration
                                                    (Original signature retained by attorney)

Verified Complaint for Forfeiture *In Rem*