ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:25-CV-00494-KES-SKO |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $349,940.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendant Approximately $349,940.00 in U.S. Currency (hereafter "defendant currency") seized on August 22, 2024.

2. A Verified Complaint for Forfeiture *In Rem* (hereafter "Complaint") was filed on April 29, 2025, alleging that the defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On May 9, 2025, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was executed on May 13, 2025.

4. Beginning on May 8, 2025, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on July 3, 2025.

5. In addition to the public notice on the official internet government forfeiture site, www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

  1. Alfredo Lopez Nevarez through his attorney, Matt Koohanim.

6. No parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. On or about October 27, 2025, pursuant to a Stipulation for Final Judgment of Forfeiture, potential claimant Alfredo Lopez Nevarez agreed to forfeit all of his right, title, and interest in $300,000.00 of the defendant currency pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law. That Stipulation is attached as Exhibit A to the Request for Final Judgment of Forfeiture filed herein.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against potential claimant Alfredo Lopez Nevarez and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, $300,000.00 of the defendant Approximately $349,940.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $49,940.00 of the defendant Approximately $349,940.00 in U.S. Currency shall be returned to potential claimant Alfredo Lopez Nevarez through his attorney Matt Koohanim.

4. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Alfredo Lopez Nevarez waived the provisions of California Civil Code § 1542.

5. All parties are to bear their own costs and attorneys' fees.

      6.      The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

      7.      The Clerk of the court is directed to close the case.

IT IS SO ORDERED.

Dated:   November 6, 2025

UNITED STATES DISTRICT JUDGE